**STATE of Missouri, Respondent,**

v.

**Jerrod A. LEWIS, Appellant.**

No. WD 45513.

Missouri Court of Appeals, Western District.

Sept. 28, 1993.

Robert E. Steele, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his jury conviction for first degree burglary pursuant to section 569.160, RSMo 1986, and the sentence of five years in jail.

The judgment of conviction is affirmed. Rule 30.25(b).